TONY WEST
Assistant Attorney General
Civil Division
JOSHUA E.T. BRAUNSTEIN
Assistant Director
LANA L. VAHAB (DC 497145)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 532-4067
Fax: (202) 305-7000
E-mail: lana.vahab@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TATIANA FRIDERICI | ) | Case No. C 4:09-CV-04170-SBA |
| | ) | |
| Plaintiff, | ) | PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS; AND [PROPOSED] ORDER |
| vs. | ) | |
| | ) | |
| JANET NAPOLITANO; ROSEMARY MELVILLE; ROBIN BARRETT; and ERIC H. HOLDER, Jr. | ) | |
| | ) | |
| Defendants. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will **not** be beneficial

JOINT REQUEST TO BE EXEMPT FROM ADR
Case No. C 09-cv-04710

1 because this action is brought under the Administrative Record Act and therefore the resolution
2 of this matter will be based on the administrative record.  In this action, Plaintiff asks the Court
3 to reverse the revocation of her husband's marriage-based visa.  As such, given the nature of the
4 action and the lack of any potential middle ground, ADR will only serve to multiply the
5 proceedings and unncessarily use court resources.
6      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from
7 the ADR Multi-Option Program and that they be excused from participating in the ADR phone
8 conference and any further formal ADR process.  If any party subsequently determines that
9 submission to the formal ADR process would be beneficial to the efficient resolution of this
10 matter, the parties agree to consider whether to submit to the Court's ADR program at that time.

12 Dated: May 20, 2010                                Respectfully submitted

13                                                             /s/
                                                    Lana L. Vahab
14                                                  Trial Attorney
                                                    Office of Immigration Litigation
15                                                  Civil Division, Justice Department
                                                    P.O. Box 868, Ben Franklin Station
16                                                  Washington, D.C. 20044
                                                    Tel:  (202) 532-4067
17                                                  Fax: (202) 305-7000
                                                    E-mail: lana.vahab@usdoj.gov

19                                                            /s/
                                                    Teresa Salazar-Cosmos
                                                    Immigration Practice Group
20                                                  555 Clay Street
                                                    San Francisco, CA 94111
21                                                  Tel: (415) 398-3852
                                                    Fax: (415) 296-8730
22                                                  E-mail: ts@ipgpc.com

28 JOINT REQUEST TO BE EXEMPT FROM ADR
Case No. C 09-cv-04710                    2

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process. Should any party subsequently determine that submission to the formal ADR process would be beneficial to the efficient resolution of this matter, that party may request placement in one of the Court's ADR programs at that time.

**SO ORDERED.**

Dated: 5/7/10

Saundra B. Armstrong
United States Magistrate Judge