TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
COLIN A. KISOR
Senior Litigation Counsel
LANA L. VAHAB (DC 976203)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 532-4067
Fax:  (202) 305-7000
E-mail: lana.vahab@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TATIANA FRIDERICI | ) |
| Plaintiff, | ) No. 4:09-cv-04170-SBA<br>) |
| v. | )<br>) **ORDER GRANTING STIPULATED** |
| JANET NAPOLITANO, et al. | ) **DISMISSAL** |
| Defendants. | )<br>) |

On June 8, 2010, the parties filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Having considered the Stipulation, the Court GRANTS the parties' request of dismissal based on the United States and Immigration Services's ("USCIS") decision to reopen Plaintiff's petition.

**IT IS SO ORDERED.**

Dated: June 8, 2010                    _____
                                        SAUNDRA B. ARMSTRONG
                                        United States District Court

[Proposed] Order on Stipulated Motion to Dismiss
4:09-cv-04170-SBA